**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00413-CR**
_____

**PAUL ANDREW THORNHILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 258th District Court**
**San Jacinto County, Texas**
**Trial Cause No. 12,437**

**ORDER**

Appointed counsel for the appellant, Paul Andrew Thornhill, filed a motion to withdraw because she will take office as the District Attorney of Liberty County on January 1, 2021. Accordingly, we abate this appeal and remand the cause to the trial court to consider counsel's motion to withdraw and appoint a new appellate attorney. A supplemental record, including any findings and orders and a transcription of any hearing held by the trial court, shall be filed with the Court of Appeals not later than Monday, November 16, 2020. All appellate deadlines are

1

tolled during the period of abatement. The appeal will be reinstated without further order of this Court when the supplemental record is filed.

ORDER ENTERED October 15, 2020.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.